LAW OFFICES OF DOUGLAS B. PRICE, P.C.
By: Douglas B. Price, SBA # 7720
3514 N. Power Road, Suite 136
Mesa, Arizona 85215
PHONE (480) 345-8100
E-mail: doug@azlegal.net

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | In Chapter 13 |
|---|---|---|
| | ) | |
| LUCIA RAYA, | ) | No. 2:18-bk-00937-DPC |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER FOR EXTENSION OF TIME
TO SUBMIT STIPULATED ORDER CONFIRMING CHAPTER 13
PLAN AND RESPOND TO THE TRUSTEE'S EVALUATION AND
RECOMMENDATION REPORT**

Debtor having filed a Motion for Extension of Time to Submit Stipulated Order Confirming the Plan and Respond to the Trustee's Evaluation and Recommendation Report, the Trustee having not opposed said Motion, an extension of time in which to submit the Stipulated Order and Response to the Trustee's Evaluation and Recommendation Report is hereby allowed,

IT IS THEREFORE ORDERED extending the time from May 24, 2018 to and including July 23, 2018. This order is not an extension of time for payments due according to the Plan as pled before this Court.

**DATED AND SIGNED IN OPEN COURT AS STATED ABOVE.**