LAW OFFICES OF DOUGLAS B. PRICE, P.C.
By: Douglas B. Price, SBA #7720
2101 E. Broadway Road, Suite 22
Tempe, Arizona 85282
PHONE (480) 345-8100
Email: doug@azlegal.net

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| LUCIA RAYA, | ) | No. 2:18-bk-00937-DPC |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER FOR EXTENSION OF TIME
TO SUBMIT STIPULATED ORDER CONFIRMING PLAN
AND RESPOND TO THE TRUSTEE'S EVALUATION AND
RECOMMENDATION REPORT**

Debtor having filed her Second Motion for Extension of Time to Submit Stipulated Order Confirming Plan and Respond to the Trustee's Evaluation and Recommendation Report, the Trustee having not opposed said Motion, an extension of time in which to submit the Stipulated Order Confirming Plan to the Chapter 13 trustee and Response to the Trustee's Evaluation and Recommendation Report is hereby allowed,

IT IS THEREFORE ORDERED extending the time from July 23, 2018 to and including August 24, 2018 for additional time to submit the Stipulated Order Confirming to the Trustee and Response to the Trustee's Evaluation and Recommendation Report.

**ELECTRONICALLY DATED AND SIGNED IN OPEN COURT AS STATED ABOVE.**

Z:\CURRENT DOCS\BK\Motions and related documents\Extend Time\extend.soc and rec1.man.wpd